CHAMPION, Respondent, v. MURRAY et al., Appellants.

(Common Pleas of New York City and County, General Term. May 1, 1893.)

Appeal from ninth district court.
Action by William Champion against Joseph P. Murray and another.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Wm. H. Knox, for appellants.
C. H. Preyer, for respondent.
No opinion. Judgment affirmed, with costs.

COHEN, Respondent, v. MERRITT, Appellant.

(Common Pleas of New York City and County, General Term. May 1, 1893.)

Appeal from eleventh district court.
Action by David Cohen against C. Merritt.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
A. B. Crunkshank, for appellant.
J. G. Ritter, for respondent.
No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

GUTMAN, Respondent, v. LEHRFELD, Appellant.

(Common Pleas of New York City and County, General Term. May 1, 1893.)

Appeal from fifth district court.
Action by Ignatz Gutman against Adolph Lehrfeld.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Aug. P. Wagener, for appellant.
S. Fenchtwanger, for respondent.
No opinion. Appeal dismissed, with costs.

McHUGH, Respondent, v. MILLER, Appellant.

(Common Pleas of New York City and County, General Term. May 1, 1893.)

Appeal from eleventh district court.
Action by Patrick McHugh against Carrie Miller.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
E. F. James, for appellant.
J. T. Fenlon, for respondent.
No opinion. Judgment affirmed, with costs.

HALPERNI, Respondent, v. SCHERMERHORN, Appellant.

(Common Pleas of New York City and County, General Term. May 2, 1893.)

Appeal from eleventh district court.
Action by William Halperni against Arthur F. Schermerhorn.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
No opinion. Judgment reversed, new trial ordered, with costs to abide the event.